The People of the State of Illinois, Plaintiff-Appellee, *v.* Arthur Hodges, Defendant-Appellant.

(No. 57264; )

First District (3rd Division)—July 5, 1973.

*Rehearing denied July 27, 1973.*

PER CURIAM.

McNAMARA, J., took no part.

Howard B. Augustus, of Defender Project, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Thomas G. White, of counsel,) for the People.